IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR481 |
| | ) | |
| vs. | ) | ORDER TO WITHDRAW |
| | ) | NOTICE OF CROSS-APPEAL |
| FRANCISO LOZANO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED that Plaintiff's Motion to Withdraw Notice of Cross-Appeal (Filing #83) is hereby withdrawn.

DATED this 17th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief Judge
United States District Court